# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **Sheila S. Lang,** | Civil No. 07-1031 (MJD-JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| **Michael J. Astrue,** | |
| Defendant. | |

This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The parties' joint motion for judgment (Doc. No. 19) is **GRANTED.**

2. The decision of the ALJ is **REVERSED** and this matter is **REMANDED** for further proceedings before the SSA.

3. Lang's motion for summary judgment (Doc. No. 6) is **DENIED AS MOOT.**

4. This matter is **DISMISSED** in its entirety.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 17th day of October, 2007

s/Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge